# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:19−cv−24300−MGC

| | |
|---|---|
| Arencibia v. AGA Service Company et al | Date Filed: 10/17/2019 |
| Assigned to: Judge Marcia G. Cooke | Date Terminated: 08/05/2020 |
| Referred to: Magistrate Judge Jonathan Goodman | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Racketeering (RICO) Act | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Ibaldo Arencibia**  represented by  **Felipe Fulgencio**
Fulgencio Law, P.L.L.C.
105 S Edison Ave
Tampa, FL 33606
813−463−0123
*ATTORNEY TO BE NOTICED*

**Jorge Alejandro Garcia−Menocal**
Jorge A. Garcia−Menocal
2701 S. Bayshore Dr., Suite 300
Miami, FL 33133
(305) 898−3577
Email: jgm@gmilaw.com
*ATTORNEY TO BE NOTICED*

**Luis F. Quesada**
Ayala Law, P.A.
1390 Brickell Avenue, 335
Miami, FL 33131
305−570−2208
*ATTORNEY TO BE NOTICED*

**Luis F. Quesada Machado**
Ayala Law, P.A.
1390 Brickell Ave
Suite 335
Miami, FL 33131
(305) 570−2208
Email: lquesada@ayalalawpa.com
*ATTORNEY TO BE NOTICED*

**Eduardo Ayala Maura**
1390 Brickell Avenue 335
Miami, FL 33131
United Sta
3055702208
Fax: 3055037206
Email: eayala@ayalalawpa.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

AGA Service Company      represented by **Lazaro Fernandez , Jr.**
*doing business as*      Stack Fernandez & Harris, P.A.
Allianz Global Assistance      1001 Brickell Bay Drive
Suite 2650
Miami, FL 33131
305−371−0001
Fax: 371−0002
Email: lfernandez@stackfernandez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Joseph Stack**
Stack Fernandez & Harris, P.A.
Brickell Bay Office Tower
1001 Brickell Bay Drive
Suite 2650
Miami, FL 33131
305−371−0001
Fax: 305−371−0002
Email: bstack@stackfernandez.com
*ATTORNEY TO BE NOTICED*

**Defendant**

American Airlines, Inc.      represented by **Humberto H. Ocariz**
Greenberg Traurig, P.A
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
305−579−0590
Fax: 305−579−0717
Email: ocarizb@gtlaw.com
*ATTORNEY TO BE NOTICED*

**James E. Brandt**
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022
212−906−1207
Email: james.brandt@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Bern**
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
202−637−2200
Email: michael.bern@lw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jefferson Insurance Company** | represented by | **Lazaro Fernandez , Jr.** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Brian Joseph Stack** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2019 | 1 | COMPLAINT against AGA Service Company aka Allianz Global Assistance, American Airlines Inc., Jefferson Insurance Company. Filing fees $ 400.00 receipt number 113C–12074008, filed by Ibaldo Arencibia. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Civil Cover Sheet Civil Cover Sheet, # 6 Summon(s) Summons)(Ayala Maura, Eduardo) (Entered: 10/17/2019) |
| 10/17/2019 | 2 | Clerks Notice of Judge Assignment to Judge Marcia G. Cooke. <br><br> Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. <br><br> Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ar2) (Entered: 10/18/2019) |
| 10/18/2019 | 3 | Clerks Notice to Filer re: Summons(es) cannot be issued. Summons NOT issued for the following reason – there should only be one defendant per summons. (ar2) (Entered: 10/18/2019) |
| 10/18/2019 | 4 | Bar Letter re: Admissions sent to attorney Luis F. Quesada and Felipe Fulgencio, mailing date October 18, 2019, (pt) (Entered: 10/18/2019) |
| 10/18/2019 | 5 | NOTICE of Filing Proposed Summons(es) by Ibaldo Arencibia re 1 Complaint, filed by Ibaldo Arencibia, 3 Clerks Notice to Filer re: Electronic Case, Summons(es) (Attachments: # 1 Summon(s) AA, # 2 Summon(s) Allianz, # 3 Summon(s) Jefferson) (Ayala Maura, Eduardo) (Entered: 10/18/2019) |
| 10/18/2019 | 6 | ORDER OF REFERRAL AND ORDER REGARDING COURT PRACTICES AND PROCEDURES. Referring Case to Magistrate Judge Jonathan Goodman for Pretrial Non–Dispositive Matters; Notice re Joint Motions; Expedited Service Deadline 12/17/2019. Signed by Judge Marcia G. Cooke on 10/18/2019. *See attached document for full details.* (kou) (Entered: 10/18/2019) |
| 10/21/2019 | 7 | Clerks Notice to Filer re: Summons(es) cannot be issued. Summons NOT issued for the following reason – improper format –Must use the AO 440 form to issue summonses. (lk) (Entered: 10/21/2019) |
| 10/21/2019 | 8 | NOTICE of Filing Proposed Summons(es) by Ibaldo Arencibia re 1 Complaint, filed by Ibaldo Arencibia, 7 Clerks Notice to Filer re: Electronic Case, Summons(es) (Attachments: # 1 Summon(s) Summons – Allianz, # 2 Summon(s) Summons – AA, # 3 Summon(s) Summons – Jefferson) (Ayala |

| | | |
|---|---|---|
| | | Maura, Eduardo) (Entered: 10/21/2019) |
| 10/22/2019 | 9 | Summons Issued as to AGA Service Company, American Airlines, Inc., Jefferson Insurance Company. (Attachments: # 1 Summon(s), # 2 Summon(s))(lk) (Entered: 10/22/2019) |
| 10/22/2019 | 10 | NOTICE of Attorney Appearance by Jorge Alejandro Garcia–Menocal on behalf of Ibaldo Arencibia. Attorney Jorge Alejandro Garcia–Menocal added to party Ibaldo Arencibia(pty:pla). (Garcia–Menocal, Jorge) (Entered: 10/22/2019) |
| 10/25/2019 | 11 | NOTICE of Attorney Appearance by Luis F. Quesada Machado on behalf of Ibaldo Arencibia. Attorney Luis F. Quesada Machado added to party Ibaldo Arencibia(pty:pla). (Quesada Machado, Luis) (Entered: 10/25/2019) |
| 11/01/2019 | 12 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Ibaldo Arencibia. AGA Service Company served on 10/24/2019, answer due 11/14/2019. (Ayala Maura, Eduardo) (Entered: 11/01/2019) |
| 11/01/2019 | 13 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Ibaldo Arencibia. American Airlines, Inc. served on 10/24/2019, answer due 11/14/2019. (Ayala Maura, Eduardo) (Entered: 11/01/2019) |
| 11/01/2019 | 14 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Ibaldo Arencibia. Jefferson Insurance Company served on 10/24/2019, answer due 11/14/2019. (Ayala Maura, Eduardo) (Entered: 11/01/2019) |
| 11/07/2019 | 15 | Agreed MOTION for Extension of Time to Respond to Class Action Complaint re 1 Complaint, by AGA Service Company, Jefferson Insurance Company. Attorney Lazaro Fernandez, Jr added to party AGA Service Company(pty:dft), Attorney Lazaro Fernandez, Jr added to party Jefferson Insurance Company(pty:dft). Responses due by 11/21/2019 (Fernandez, Lazaro) (Entered: 11/07/2019) |
| 11/08/2019 | 16 | Agreed MOTION for Extension of Time to Comply with Court Order re 6 Order Referring Case to Magistrate Judge,, Notice of Court Practice/to Appear/Other,, Set/Reset Deadlines, by Ibaldo Arencibia. Responses due by 11/22/2019 (Attachments: # 1 Text of Proposed Order MET Prop. Order)(Quesada Machado, Luis) (Entered: 11/08/2019) |
| 11/08/2019 | 17 | (STRICKEN per DE 20 ) NOTICE of Attorney Appearance by Humberto H. Ocariz on behalf of American Airlines, Inc.. Attorney Humberto H. Ocariz added to party American Airlines, Inc.(pty:dft). (Ocariz, Humberto) Modified text on 11/14/2019 (mc). (Entered: 11/08/2019) |
| 11/08/2019 | 18 | Unopposed MOTION for Extension of Time to respond to Class Action Complaint ( Responses due by 11/22/2019), Unopposed MOTION for Extension of Time to File Response/Reply/Answer by American Airlines, Inc.. (Attachments: # 1 Text of Proposed Order)(Ocariz, Humberto) (Entered: 11/08/2019) |
| 11/12/2019 | 19 | Clerks Notice to Filer re 17 Notice of Attorney Appearance. **Document Not Captioned**; CORRECTIVE ACTION REQUIRED – The Filer must File a Notice of Striking, then refile the document with the proper caption pursuant to Local Rules. (lk) (Entered: 11/12/2019) |
| 11/12/2019 | 20 | NOTICE of Striking 17 Notice of Attorney Appearance filed by American Airlines, Inc. by American Airlines, Inc. (Ocariz, Humberto) (Entered: 11/12/2019) |
| 11/12/2019 | 21 | NOTICE of Attorney Appearance by Humberto H. Ocariz on behalf of American Airlines, Inc. (Ocariz, Humberto) (Entered: 11/12/2019) |
| 11/14/2019 | 22 | ENDORSED ORDER granting 15 Motion for Extension of Time. Defendants AGA Service Company and Jefferson Insurance Company shall file their Answer/Response to the Class Action Complaint on or before December 13, 2019. Signed by Judge Marcia G. Cooke on 11/14/2019. (kou) (Entered: |

| | | |
|---|---|---|
| 11/14/2019 | | (Entered: 11/14/2019) |
| 11/14/2019 | 23 | ENDORSED ORDER granting 16 Motion for Extension of Time. The parties shall have until January 6, 2020 to file their Joint Scheduling Report and Joint Proposed Scheduling Order. Signed by Judge Marcia G. Cooke on 11/14/2019. (kou) (Entered: 11/14/2019) |
| 11/14/2019 | 24 | Endorsed ORDER granting 18 Motion for Extension of Time. Defendant American Airlines, Inc. shall have up to and including December 13, 2019, to file a response to Plaintiff's Complaint. Signed by Judge Marcia G. Cooke on 11/14/2019. (kou) (Entered: 11/14/2019) |
| 11/14/2019 | | Set/Reset Deadlines/Hearings as per DE 23 : Joint Scheduling Report due by 1/6/2020 (lk) (Entered: 11/15/2019) |
| 12/13/2019 | 25 | Corporate Disclosure Statement by AGA Service Company, Jefferson Insurance Company identifying Corporate Parent Allianz SE for AGA Service Company, Jefferson Insurance Company (Fernandez, Lazaro) (Entered: 12/13/2019) |
| 12/13/2019 | 26 | MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM by AGA Service Company, Jefferson Insurance Company. Responses due by 12/27/2019 (Fernandez, Lazaro) (Entered: 12/13/2019) |
| 12/13/2019 | 27 | Certificate of Other Affiliates/Corporate Disclosure Statement by American Airlines, Inc. identifying Corporate Parent Admirals Club, Inc., Corporate Parent American Airlines Group, Inc., Corporate Parent Executive Ground Services, Inc., Corporate Parent Envoy Aviation Group Inc., Corporate Parent Envoy Air Inc., Corporate Parent Airways Assurance Limited, Corporate Parent American Airlines de Mexico, S.A., Corporate Parent American Airlines IP Licensing Holding, LLC, Corporate Parent American Airlines Marketing Services LLC, Corporate Parent American Airlines Vacations LLC, Corporate Parent Dominicana de Servicios Aeroportuarios (DSA), S.R.L., Corporate Parent American Aviation Supply LLC, Corporate Parent Americas Ground Services, Inc., Corporate Parent Avion Assurance, Ltd., Corporate Parent AWHQ LLC, Corporate Parent Caribbean Dispatch Services Limited, Corporate Parent Eagle Aviation Services, Inc., Corporate Parent International Ground Services, S.A. de C.V., Corporate Parent Material Services Company, Inc., Corporate Parent PMA Investment Subsidiary, Inc., Corporate Parent PSA Airlines, Inc., Corporate Parent Piedmont Airlines, Inc.,, Corporate Parent Executive Airlines, Inc. for American Airlines, Inc. (Ocariz, Humberto) (Entered: 12/13/2019) |
| 12/13/2019 | 28 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James E. Brandt, Michael E. Bern. Filing Fee $ 150.00 Receipt # 113C–12227135 by American Airlines, Inc.. Responses due by 12/27/2019 (Attachments: # 1 Text of Proposed Order)(Ocariz, Humberto) (Entered: 12/13/2019) |
| 12/13/2019 | 29 | MOTION to Dismiss 1 Complaint, *American Airlines, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint* by American Airlines, Inc.. Responses due by 12/27/2019 (Ocariz, Humberto) (Entered: 12/13/2019) |
| 12/16/2019 | 30 | NOTICE of Attorney Appearance by Brian Joseph Stack on behalf of AGA Service Company, Jefferson Insurance Company. Attorney Brian Joseph Stack added to party AGA Service Company(pty:dft), Attorney Brian Joseph Stack added to party Jefferson Insurance Company(pty:dft). (Stack, Brian) (Entered: 12/16/2019) |
| 12/27/2019 | 31 | RESPONSE in Opposition re 29 MOTION to Dismiss 1 Complaint, *American Airlines, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint* filed by Ibaldo Arencibia. Replies due by 1/3/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ayala Maura, Eduardo) (Entered: 12/27/2019) |
| 12/27/2019 | 32 | RESPONSE in Opposition re 26 MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM filed by Ibaldo Arencibia. Replies due by 1/3/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ayala Maura, Eduardo) (Entered: 12/27/2019) |

| | | |
|---|---|---|
| 12/27/2019 | 33 | MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* by American Airlines, Inc.. Responses due by 1/10/2020 (Attachments: # 1 Supplement Declaration of Mariana A. Fonseca Medina, # 2 Text of Proposed Order)(Ocariz, Humberto) (Entered: 12/27/2019) |
| 12/27/2019 | 34 | MOTION to Seal per Local Rule 5.4 by American Airlines, Inc.. (Attachments: # 1 Text of Proposed Order) (Ocariz, Humberto) (Entered: 12/27/2019) |
| 12/31/2019 | 35 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer *Memorandum Supporting Motion to Dismiss Complaint* by American Airlines, Inc.. (Attachments: # 1 Text of Proposed Order)(Ocariz, Humberto) (Entered: 12/31/2019) |
| 12/31/2019 | 36 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 26 MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM , 32 Response in Opposition to Motion by AGA Service Company, Jefferson Insurance Company. (Stack, Brian) (Entered: 12/31/2019) |
| 01/03/2020 | 37 | ORDER granting 34 Motion to Seal. Signed by Judge Marcia G. Cooke on 1/3/2020. *See attached document for full details.* (kou) (Entered: 01/03/2020) |
| 01/06/2020 | 38 | First SCHEDULING REPORT – **Rule 16.1** by Ibaldo Arencibia (Attachments: # 1 Supplement Attachment A – Pretrial Deadlines)(Ayala Maura, Eduardo) (Entered: 01/06/2020) |
| 01/09/2020 | 39 | PAPERLESS ORDER granting 28 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorneys James E. Brandt and Michael E. Bern. Signed by Magistrate Judge Jonathan Goodman on 1/9/2020. (km03) (Entered: 01/09/2020) |
| 01/10/2020 | 40 | RESPONSE to Motion re 33 MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* filed by Ibaldo Arencibia. Replies due by 1/17/2020. (Ayala Maura, Eduardo) (Entered: 01/10/2020) |
| 01/10/2020 | 41 | REPLY to Response to Motion re 26 MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM filed by AGA Service Company, Jefferson Insurance Company. (Stack, Brian) (Entered: 01/10/2020) |
| 01/10/2020 | 42 | NOTICE/STIPULATION of Substitution of Counsel by Humberto H. Ocariz on behalf of American Airlines, Inc. instead of prior counsel of record Shook, Hardy & Bacon, L.L.P.. (Attachments: # 1 Text of Proposed Order Granting Stipulation for Substitution of Counsel) (Ocariz, Humberto) (Entered: 01/10/2020) |
| 01/13/2020 | 43 | NOTICE of Attorney Appearance by Humberto H. Ocariz on behalf of American Airlines, Inc. (Ocariz, Humberto) (Entered: 01/13/2020) |
| 01/13/2020 | 44 | NOTICE/STIPULATION of Substitution of Counsel by Humberto H. Ocariz on behalf of American Airlines, Inc. instead of prior counsel of record William P. Geraghty, Esquire, Shook, Hardy & Bacon L.L.P.. (Attachments: # 1 Exhibit A) (Ocariz, Humberto) (Entered: 01/13/2020) |
| 01/13/2020 | 45 | RESPONSE in Support re 29 MOTION to Dismiss 1 Complaint, *American Airlines, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint* filed by American Airlines, Inc.. (Ocariz, Humberto) (Entered: 01/13/2020) |
| 01/13/2020 | | Attorney Humberto H. Ocariz (Shook Hardy terminated). (lk) (Entered: 01/14/2020) |
| 01/14/2020 | 46 | NOTICE of Striking 44 Notice/Stipulation of Substitution of Counsel, filed by American Airlines, Inc. by American Airlines, Inc. (Ocariz, Humberto) (Entered: 01/14/2020) |
| 01/17/2020 | 47 | ENDORSED ORDER denying as moot 35 Motion for Extension of Time to File Response/Reply/Answer. Signed by Judge Marcia G. Cooke on 1/17/2020. (kou) (Entered: 01/17/2020) |

| | | |
|---|---|---|
| 01/17/2020 | 48 | ENDORSED ORDER denying as moot 36 Motion for Extension of Time to File Response/Reply/Answer. Signed by Judge Marcia G. Cooke on 1/17/2020. (kou) (Entered: 01/17/2020) |
| 01/17/2020 | 49 | RESPONSE in Support re 33 MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* filed by American Airlines, Inc.. (Ocariz, Humberto) (Entered: 01/17/2020) |
| 01/24/2020 | 50 | NOTICE of Change of Address by Humberto H. Ocariz (Ocariz, Humberto) (Entered: 01/24/2020) |
| 01/24/2020 | 51 | CLERK'S NOTICE – Attorney Admissions has not updated address and/or email information for attorney Humberto H. Ocariz re 50 Notice of Change of Address. Attorney Humberto H. Ocariz is directed to update their information in CM/ECF. Pursuant to CM/ECF Administrative Procedures, upon the change of a Users e−mail address, mailing address, telephone or fax number, the User shall update their mailing address, telephone and fax numbers in CM/ECF Maintain User Account. (cco) (Entered: 01/24/2020) |
| 02/12/2020 | 52 | Notice of Supplemental Authority re 33 MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* by American Airlines, Inc. (Attachments: # 1 Exhibit A) (Ocariz, Humberto) (Entered: 02/12/2020) |
| 02/21/2020 | 53 | Notice of Supplemental Authority re 33 MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* by Ibaldo Arencibia (Attachments: # 1 Exhibit A) (Quesada Machado, Luis) (Entered: 02/21/2020) |
| 02/25/2020 | 54 | RESPONSE to 53 Notice of Supplemental Authority by American Airlines, Inc.. (Ocariz, Humberto) (Entered: 02/25/2020) |
| 03/18/2020 | 55 | Notice of Supplemental Authority re 29 MOTION to Dismiss 1 Complaint, *American Airlines, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint* by American Airlines, Inc. (Attachments: # 1 Exhibit A) (Ocariz, Humberto) (Entered: 03/18/2020) |
| 03/19/2020 | 56 | RESPONSE to 55 Notice of Supplemental Authority, by Ibaldo Arencibia. (Ayala Maura, Eduardo) (Entered: 03/19/2020) |
| 07/01/2020 | 57 | Notice of Supplemental Authority re 33 MOTION to Sever *and Transfer Allegations Against American Airlines, Inc.* by American Airlines, Inc. (Attachments: # 1 Exhibit A) (Ocariz, Humberto) (Entered: 07/01/2020) |
| 07/23/2020 | 58 | ENDORSED ORDER SETTING HEARING. A Zoom Hearing on 26 AGA Service Company's Motion to Dismiss, 29 American Airlines, Inc.'s Motion to Dismiss, and 33 Motion to Sever and Transfer Allegations Against American Airlines, Inc. is set for July 29, 2020, at 2:30 P.M. in the Miami Division before the Honorable Marcia G. Cooke. The details for the Zoom hearing, including the meeting ID and password, are forthcoming. Signed by Judge Marcia G. Cooke on 7/23/2020. (kou) (Entered: 07/23/2020) |
| 07/24/2020 | 59 | Unopposed MOTION to Reset Hearing re 58 Order,, Set/Reset Hearings, by American Airlines, Inc.. (Attachments: # 1 Text of Proposed Order)(Ocariz, Humberto) (Entered: 07/24/2020) |
| 07/27/2020 | 60 | ENDORSED ORDER RE−SETTING HEARING. The Zoom Hearing on 26 AGA Service Company's Motion to Dismiss, 29 American Airlines, Inc.'s Motion to Dismiss, and 33 Motion to Sever and Transfer Allegations Against American Airlines, Inc. is set for August 5, 2020, at 2:30 P.M. in the Miami Division before the Honorable Marcia G. Cooke. The hearing will be conducted via ZOOM, as follows: Join ZoomGov Meeting https://www.zoomgov.com/j/1618844706?pwd=TXVtMDA5dWp3RnJ1NkwyT1dNY1BHZz09. Meeting ID: 161 884 4706. Password: 424521. Dial by your location: +1 669 254 5252 US (San Jose); +1 646 828 7666 US (New York). |

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Signed by Judge Marcia G. Cooke on 7/27/2020. (kou) (Entered: 07/27/2020)

| | | |
|---|---|---|
| 08/05/2020 | 61 | ORDER Granting in Part and Denying in Part 33 Motion to Sever. Signed by Judge Marcia G. Cooke on 8/5/2020. *See attached document for full details.* (jbs) (Entered: 08/05/2020) |
| 08/05/2020 | | Civil Case Terminated. Closing Case. (jbs) (Entered: 08/05/2020) |