IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IBALDO ARENCIBIA,

    Plaintiff,                                      Case No.:  4:20-cv-00819-O

vs.

AGA SERVICE COMPANY d/b/a
ALLIANZ GLOBAL ASSISTANCE,
AMERICAN AIRLINES, INC., and
JEFFERSON INSURANCE COMPANY,

    Defendants.

_____/

## NOTICE OF APPEARANCE

Please take notice that Roger Mandel, Esquire of the law firm of Jeeves Mandel Law Group appears in this case as Local Counsel for the Plaintiff, IBALDO ARENCIBIA, and requests that all future pleadings, orders and correspondence be directed to his attention at rmandel@jeevesmandellawgroup.com, 2833 Crockett Street, Suite 135, Fort Worth, Texas 76107; phone (214)253-8300; fax number (727)822-1499.

Dated: October 12, 2020        Respectfully Submitted.

                                                    */s/Roger L. Mandel*
                                                    ROGER L. MANDEL, ESQUIRE
                                                    TEXAS BAR NO.: 12891750
                                                    JEEVES MANDEL LAW GROUP, P.A.
                                                    2833 Crockett Street
                                                    Suite 135
                                                    Fort Worth, Texas 76107
                                                    O:    (214) 253-8300
                                                    F:    (727) 822-1499

Primary:    rmandel@jeevesmandellawgroup.com
Secondary: khill@jeeveslawgroup.com

Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 12th day of October, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system that will send a notice of electronic filing to all counsel of record.

*/s/ Roger L. Mandel*
Roger L. Mandel